**Kermit PARKER, Plaintiff–Appellant**

v.

**N. Burl CAIN; Linda Miller; Unknown Tarver; Dora Rabalais; Major Unknown Nettles, Defendants–Appellees.**

**No. 06–31269**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 24, 2008.

Kermit Parker, Angola, LA, pro se.

Annette Rhodes Seng, Office of the Attorney General for the State of Louisiana, Baton Rouge, LA, for Defendants–Appellees.

Before GARZA, BENAVIDES, and PRADO, Circuit Judges.

**258**

PER CURIAM: *

Kermit Parker, Louisiana prisoner # 129332, alleged under 42 U.S.C. § 1983 that prison officials used excessive force and were deliberately indifferent to his medical needs. Parker appeals the district court's judgment that granted summary judgment and dismissed his claims against Major Nettles for failure to exhaust administrative remedies. Parker has not briefed any challenge to the dismissal of his claims against any defendant other than Nettles. Accordingly, he has abandoned these issues. *See Yohey v. Collins,* 985 F.2d 222, 224–25 (5th Cir.1993).

We review the grant of summary judgment de novo. *See Whittaker v. BellSouth Telecomms., Inc.,* 206 F.3d 532, 534 (5th Cir.2000). A prisoner may not bring a civil rights action "until such administrative remedies as are available are exhausted." 42 U.S.C. § 1997e(a).

Competent summary judgment evidence established, and there is no competent summary judgment evidence to the contrary, that Parker did not exhaust his administrative remedies prior to filing this action. Accordingly, the district court's judgment is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.